EXHIBIT 2



**BRINGING YOU AMERICA ONE PARK AT A TIME**

**WWW.NPPLAN.COM**

August 25, 2018

Dear Thomas Tours and Travel:

Your company was in receipt of a certified letter concerning copyright infringement of one of my photographs. I have not received a response or payment of my proposed settlement offer, which expired August 12th. All unpaid settlement offers will be turned over to attorneys starting on September 4, 2018.

I am writing this letter for two reasons. First off, I want to make sure that you are aware of my original letter. In the past, once attorneys get involved many people claim that they never got the letter. Though signed for, perhaps the person who got it never passed it on to right person. Therefore, I want to let you know that the letter was signed for on July 16, 2018. The signature is hard to read, but appears to be Lucia Thomas. If you are unaware of this letter, please contact me by phone at (404) 652-0532 or email at info@npplan.com.

Secondly, though my offer for settlement expired, I am extending it until my attorney actually drafts and mails you correspondence. This certainly won't happen before September 4th, but after that all depends on the speed of the attorney. Some jump right on the case, others take weeks to begin work. In the past, people who get letters from my attorney have contacted me and offered to pay my original offer, and some even send me a check in the mail. Once my attorney actively begins working, I cannot discuss that attorney's offer with you, deal directly with you behind his/her back, or accept any payments from you. Thus, please do not contact me. Contact the attorney and negotiate with him/her. Any checks you send me will be returned.

Sincerely,

Steve Markos