EXHIBIT 4

Case 2:20-cv-00228-JFC   Document 10-4   Filed 03/11/20   Page 2 of 4



**763 CARL AVENUE ○ NEW KENSINGTON, PA 15068**
**THOMASTOURS.COM ○ 1-800-473-1551 ○ 724-337-9000**

October 11, 2018

Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084

Re: Copyright Infringement Extortion Demand Steve Markos d/b/a National Park Planner v. Thomas Tours Inc.

To Whom It May Concern:

Thank you for your letter dated September 28, 2018 notifying Thomas Tours, Inc. that the website Thomastours.com may have used an image represented by your client, without authorization.

If the alleged copyright infringement did take place, be assured that it was entirely innocent and unwilling. However, until this matter is resolved, and as a good-faith gesture, the potentially infringing image has been removed from the Website, and any other location on our server, including any server backups.

As a proposed licensing fee does not determine copyright infringement damage awards while admitting no guilt or wrongdoing, we are willing to offer a reasonable settlement based upon the fair market value. As noted in Davis v. Gap, Inc., 246 F.3d 152 (2d Cir. N.Y. 2001);
"[C]ourts have construed "actual damages" by examining the fair market value of a license fee that the copyright owner would have obtained for the infringer's use of the copyrighted material" . . . . "The question is not what the owner would have charged, but rather what is the fair market value."

We have found dozens of nearly identical or similar images that could easily replace the image at issue here. In some cases, the photos are available for a fee while others require credits. Below find some of the many functionally identical images from comparable stock photo sites. All prices listed are for sizes equivalent to the image in question, approximately [450 X 300 pixels]. (Please refer to Addendum A.)

Based upon our analysis of easy-to-find comparable images to the one at issue here, we calculate that a small sized, unremarkable image of the Flight 93 Memorial Wall has a fair market value of $0.495 cents. As such, we are willing to offer National Park Planner $4.95, which is equivalent to the minimum 10-credit purchase on Alamy's Stock Photo Secrets site. We hope our offer will amicably and expeditiously close this matter.

If you choose to reject the above offer, we ask that you provide the following information to establish your rights to the Image and to further support your settlement demand amount.

- Please provide proof of National Park Planner's right to manage the Image.
- Please provide proof of proper copyright registration and the chain of title for the Image.
- Please provide a clear explanation as to how National Park Planner has determined the valuation of this image as being so far above comparable images.
- Please provide sales data for the Image for each size and use.
- Please detail your costs incurred related to the pursuit of this case.

We will expect and require the above information before proceeding further. Thank you again for notifying us of this alleged infringement. We respect and appreciate the fair and reasonable application of copyright law. I hope you find this settlement offer adequate to close this matter prior to both parties investing more time and resources.

Sincerely,

Michael Thomas
Thomas Tours Inc.
President



| | |
|---|---|
| Media type: | Editorial image \| 1031554414 |
| Use: | Editorial use of web-res file - Editorial images \| Show more |
| License type: | Rights-managed \| View license summaries |

SELECT FOR PURCHASE
Price $49.00 USD
Recalculate price



| | |
|---|---|
| Media type: | Editorial image \| 1031554336 |
| Use: | Commercial use of web-res file - Editorial images \| Show more |
| License type: | Rights-managed \| View license summaries |

SELECT FOR PURCHASE
Price $49.00 USD
Recalculate price



| | |
|---|---|
| Media type: | Editorial image \| 180313319 |
| Use: | Commercial use of web-res file - Editorial images \| Show more |
| License type: | Rights-managed \| View license summaries |

SELECT FOR PURCHASE
Price $175.00 USD
Recalculate price

## Price a rights-managed image

gettyimages®

The license details are shown below. To change any of your selections, click Edit next to the section you want to change. To discard your selections and choose all new ones, click Start over.

### License summary

**1. Image usage**    Edit

| | |
|---|---|
| Editorial image #: | 180313319 |
| Use: | $49 - 413 px, 3-month for Web & Mobile |
| Format: | Commercial use of web-res file - Editorial images |
| This use covers: | ONE of the following uses- on any single page in one corporate or promotional website for up to 3 months (renewable) OR one web advertisement on no more than one website for up to 3 months (renewable) OR one promotional email sent to no more than 10,000 recipients for up to 3 months (renewable). To purchase a license for broader use or a longer duration please select a different usage above. |

**2. Usage specs**    Edit

| | |
|---|---|
| Start date: | 12 Oct 2018 |
| Duration: | Up to 3 months |

**3. Target market**    Edit

| | |
|---|---|
| Territory: | United States |
| Industry: | Travel / Tourism |

[ Start over ]

**Item**

Editorial image #:180313319
**$49.00 USD**

[ UPDATE CART ]

Taxes not applied

### Questions?

For help with licensing an image for multiple uses, exclusivity, bulk pricing, or other products and services, contact us by email, online or phone.

✉ Contact us

? Learn more about licensing

Visitors view the Wall of Names, located at the end of Memorial Plaza at Flight 93 National Memorial, Shanksville, Somerset County, Pennsylvania, USA - Image ID: PN44TN



Buy this stock image now...

| | |
|---|---|
| ○ Personal use ⓘ | $ 9.99 |
| ○ Presentation or newsletters ⓘ | $ 9.99 |
| ◉ Website ⓘ | $ 49.99 |
| ○ Magazines and books ⓘ | $ 69.99 |
| ○ Marketing package: Small business ⓘ | $ 59.99 |
| ○ Marketing package: Large business ⓘ | $ 199.99 |

Choose another rights-managed license ▲

Select from the license options below to get a price

→ Image use ▾

Details of use ▾

Somerset County, PA, USA - May 8, 2015 : Wall of Names at Flight 93 National Memorial running between visitors center on top of - Image ID: EP0FW9



Available for editorial and personal use only. Get in touch for commercial uses ⓘ

Buy this stock image now...

| | |
|---|---|
| ◉ Personal use ⓘ | $ 9.99 |
| ○ Presentation or newsletters ⓘ | $ 9.99 |
| ○ Editorial website ⓘ | $ 49.99 |
| ○ Magazines and books ⓘ | $ 69.99 |

Choose an editorial royalty-free license ▲

| | |
|---|---|
| ○ XSmall | $ 49.00 |
| ○ Small | $ 95.00 |
| ○ Medium | $ 190.00 |
| ○ Large | $ 245.00 |
| ○ XLarge | $ 315.00 |

Somerset County, PA, USA - May 8, 2015 : Wall of Names at Flight 93 National Memorial running between visitors center on top of

Contributor: karenfoleyphotography / Alamy Stock Photo
Image ID: EP0FW9

Visitors view the Wall of Names, located at the end of Memorial Plaza at Flight 93 National Memorial, Shanksville, Somerset County, Pennsylvania, USA - Image ID: PN44W0



Buy this stock image now...

| | |
|---|---|
| ○ Personal use ⓘ | $ 9.99 |
| ○ Presentation or newsletters ⓘ | $ 9.99 |
| ◉ Website ⓘ | $ 49.99 |
| ○ Magazines and books ⓘ | $ 69.99 |
| ○ Marketing package: Small business ⓘ | $ 59.99 |
| ○ Marketing package: Large business ⓘ | $ 199.99 |

Choose another rights-managed license ▲

Select from the license options below to get a price

→ Image use ▾

Details of use ▾

Image size ▾

55 days left

## Our Stock Photo Pricing Comparison

To better understand the question: "How much does a stock photo cost?", it will depend on what agency you choose, and whether or not you go with a member subscription or a credit purchase plan.

There are stock agencies on the higher-end of the price spectrum while others like us are more conducive to small-business owners with a tight budget.

For instance, we currently have a limited-time membership plan that gives you 200 High-resolution XXL Images for print for $99 (only $0.49 per image!), which is a great deal for new stock buyers.

Read more about how the 99club can save you money on royalty free photos here.

### How Much Does a Stock Photo Cost?

| Stock Agency | Number of Images | Price | Avg Image Price |
|---|---|---|---|
| Stock Photo Secrets | 200 XXL Images | $99 | $0.495 per image |
| Shutterstock | 25 Images | $229 | $9.16 per image |
| iStock | 60 Credits or Images | $520 | $8.67 per image |

Stock agencies have a wide variety of subscription plans that will suit the budget for anyone with photo needs, whether it's for personal use or a large company.

Search for images 🔍

WE RECOMMEND




